No. 507. CALIFORNIA DEPARTMENT OF HUMAN RESOURCES DEVELOPMENT ET AL. *v.* JAVA ET AL. Appeal from D. C. N. D. Cal. [Probable jurisdiction noted, *ante,* p. 877.] Motion of Southern California Edison Co. et al. for leave to intervene as parties appellant denied without prejudice to filing of brief as *amici curiae* with consents of the parties, or a motion for leave to file a brief as *amici curiae* if consents are not granted.

No. 246. MUIR *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 377. PERATI *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 567. GARBER *v.* UNITED STATES;
No. 574. FLOREA *v.* UNITED STATES;
No. 576. KAUFMAN *v.* UNITED STATES; and
No. 719. BURNS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 429 F. 2d 240.

No. 578. FIRST NATIONAL REALTY CORP. *v.* JAVINS ET AL. C. A. D. C. Cir. Certiorari denied.

No. 617. CHEMITHON CORP. *v.* PROCTER & GAMBLE Co. ET AL. C. A. 4th Cir. Certiorari denied.

No. 619. CONSUMERS POWER Co. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.